1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11    IAN K.,                                Case No. 2:24-cv-02488 JGB (ADS)

12                          Plaintiff,

13                   v.                       ORDER ACCEPTING UNITED STATES
                                              MAGISTRATE JUDGE'S REPORT AND
14    MARTIN O'MALLEY, Commissioner of        RECOMMENDATION
      Social Security,
15
                          Defendant.
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. No. 1)

18    and Answer (Dkt. No. 9), Plaintiff's Opening Brief in Support of Complaint (Dkt. No.

19    10), Defendant's Response Brief (Dkt. No. 13), Plaintiff's Reply (Dkt. No. 14), the Report

20    and Recommendation of United State Magistrate Judge (Dkt. No. 16), and Defendant's

21    objections to the Report and Recommendation (Dkt. No. 17). The Court has engaged in

22    a *de novo* review of those portions of the Report and Recommendation to which

23    objections were made. The Court overrules the objections and accepts the findings and

24    recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1.     The Report and Recommendation (Dkt. No. 16) is accepted;

2.     The decision of the Commissioner denying benefits is reversed and remanded for further proceedings; and

3.     Judgment is to be entered accordingly.

DATED:   October 22, 2024

THE HONORABLE JESUS G. BERNAL
United States District Judge