JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN K., <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant | No. 2:24-cv-02488 JGB (ADS) <br><br> [PROPOSED] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

  Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

  IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $8,000.00 in attorney's fees, subject to the terms of the stipulation.

Dated:   02/04/2025

/s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
U.S. Magistrate Judge